UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 13-20358
Hon. Matthew F. Leitman

v.

SUBHA S. REDDY,

       Defendant.

_____/

## ORDER ON DEFENDANT'S PRETRIAL MOTIONS AND ON FINAL PRETRIAL CONFERENCE

On July 1, 2015, the Court held the final pretrial conference in this action. The Court also heard oral argument on Defendant's "Motion to Dismiss Counts 2-8 with Prejudice and, in addition, Reconsideration of the Court's Earlier Denial of Defendant's Motion in Limine for Preclusion of Government Evidence and Argument and Jury Instructions Due to Government's Erroneous Representations" (the "Motion to Dismiss and Reconsider," ECF #71) and Defendant's "Motion in Limine to Admit Lay Testimony of Latika Mangrulkar" (the "Motion in Limine," ECF #70).

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss and Reconsider (ECF #71) is **DENIED** for the reasons stated on the record at the hearing.

1

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine (ECF #70) is **DENIED** for the reasons stated on the record at the hearing. At trial, the Defendant shall not refer to any opinion or testimony by Latika Mangrulkar ("Mangrulkar") unless she obtains advance permission from the Court. As further explained on the record, upon the Defendant's request, the Court will permit Mangrulkar to offer testimony outside of the presence of the jury so that the Court may determine whether any such testimony is admissible under Federal Rule of Evidence 701.

**IT IS FINALLY ORDERED** that the Government shall not refer to Defendant's prior conviction for healthcare fraud in the presence of the jury unless it obtains advance permission from the Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113