UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                         Case No. 13-CR-20358
v.                                      Hon. Matthew Leitman

SUBHA REDDY

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO FILE DEFENDANT'S MOTION TO ADJOURN SENTENCING UNDER SEAL

**IT IS HEREBY ORDERED** that Defendant, Subha Reddy, file her Motion

to Adjourn Sentencing under Seal with the United States District Court Eastern

District of Michigan electronic filing system.

**IT IS SO ORDERED**.

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
                             UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 11, 2017, by electronic means and/or ordinary mail.

                             s/Holly A. Monda
                             Case Manager
                             (810) 341-9764