UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 13-cr-20358
                                                 Hon. Matthew F. Leitman

v.

SUBHA S. REDDY,

       Defendant.
_____/

**SECOND ORDER DELAYING DATE BY WHICH DEFENDANT
MUST SURRENDER TO BEGIN SERVING SENTENCE**

On January 9, 2018, this Court sentenced Defendant Subha Reddy to serve thirty months in the custody of the United States Bureau of Prisons. At that time, the Court ordered that Defendant not be required to begin serving her sentence for at least sixty days.

In order to allow Reddy to complete rehabilitation from a second knee replacement surgery, the Court now extends Reddy's report date and orders that she be required to surrender to the Bureau of Prisons on **July 17, 2019.**

As a condition of this extension, the Defendant must strictly comply with the following conditions:

1.    Defendant shall have her second knee replacement surgery by not later than January 16, 2019.

1

2. By not later than February 5, 2019, counsel for Defendant shall e-file with the Court written verification from a medical professional that Defendant had the second knee replacement surgery referenced above and that she did so within the time frame referenced above.

3. By not later than March 1, 2019, counsel for Defendant shall e-file with the Court a rehabilitation plan prepared by the medical professional who will be assisting Defendant in the process of rehabilitating the second knee on which she had surgery.

4. Every thirty days after the rehabilitation plan is filed, defense counsel shall e-file with the Court a letter from the medical professional overseeing the rehabilitation confirming that Defendant is in compliance with the second rehabilitation plan.

It is the Court's intention to require the Defendant to report to the Bureau of Prisons immediately if she fails to comply with <u>any</u> of the above-listed conditions.

Finally, the Court does not anticipate extending Reddy's report date any further for any reason.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 18, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761