UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 13-20358
                                              Hon. Matthew F. Leitman

v.

SUBHA S. REDDY,

      Defendant.
_____/

**<u>AMENDED[1] ORDER DENYING MOTION TO MODIFY SENTENCE (ECF #149)</u>**

On January 9, 2018, this Court sentenced Defendant Subha Reddy to serve thirty months in the custody of the United States Bureau of Prisons. Reddy has now filed a motion to modify her sentence (ECF #149). For the reasons explained in the Government's response to the motion (ECF #151), the Court concludes that it lacks authority to modify the sentence as requested by Reddy. Accordingly, Reddy's motion to modify sentence is DENIED. In addition, the Court declines to further extend Reddy's report date. The Court previously indicated that it would not further extend the report date, and the Court concludes that Reddy has sufficient to time to report to the facility in Kentucky as directed.

      **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 15, 2019

---

[1] The only change from the original order is the correction of the docket number of the Government's response.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2019, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9761