UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 13-cr-20358
                                                  Hon. Matthew F. Leitman

v.

SUBHA S. REDDY,

      Defendant.
_____/

## **ORDER DENYING MOTION FOR RECONSIDERATION (ECF #155)**

On July 15, 2019, this Court entered an order denying Defendant Subha Reddy's motion to modify her sentence. (*See* ECF #154.) Reddy has now filed a motion for reconsideration. (*See* ECF #155.) The motion is DENIED because the Court is not persuaded that its prior order was tainted by a "palpable defect" whose correction would "result in a different disposition of the case." L.R. 7.1(h)(3). Reddy has still failed to persuade the Court that it has the authority to modify the sentence that it imposed. And Reddy's suggestion that she is entitled to relief based upon the delay in execution of her sentence misses the mark. The delay resulted, in no small part, from requests *by Reddy* for extensions of her report date so that she could obtain medical treatment. Having asked for and obtained substantial delay, Reddy cannot

1

complain that the delay warrants relief from her sentence. For all of these reasons, Reddy's motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 16, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2019, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                      Case Manager
                                                      (810) 341-9761