# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

                Plaintiff,

vs.

Subha S. Reddy,

                Defendant.

Case No. 2:13-cr-20358

Hon. Matthew F. Leitman

---

## Amendment to Preliminary Order of Forfeiture (ECF No. 109) and Final Order of Forfeiture

---

The Court entered a Preliminary Order of Forfeiture at ECF No. 109, the terms of which are incorporated herein by this reference. The government filed an application requesting that the Preliminary Order of Forfeiture be amended to withdraw the following property from forfeiture:

> The real property located at 981 Keaton Dr., Troy, Michigan, and being more fully described as:
>
> Lot 5, Troy Keaton Manor Subdivision, according to the Plat thereof as recorded in Liber 178, Pages 38, 39 and 40 of Plats, Oakland County Records.

Commonly known as: 98I Keaton Dr., Troy, Michigan

Tax Parcel No: 88-20-04-156-001
Titled to: Subha Reddy.

(hereinafter "Keaton Drive Property") because the government agreed to accept a restitution lien on the Keaton Drive Property limited to $150,000, in lieu of forfeiting the Keaton Drive Property, pursuant to a Stipulated Order Withdrawing Petition and Dismissing Ancillary Case No. 19-mc-50883, entered by the Court on June 24, 2019 (19-mc-50883, ECF No. 3) (hereinafter referred to as the "Stipulated Order").

Based upon the government's application, the Stipulated Order, and the record in this case and in the ancillary case, the Court finds there is good cause to grant the government's application.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT the Preliminary Order of Forfeiture at ECF No. 109 is amended as follows:

- The Keaton Drive Property is withdrawn from the Preliminary Order of Forfeiture at ECF No. 109.

IT IS FURTHER ORDERED that, except as amended above, the forfeiture to the United States of all other property listed in the Preliminary Order of Forfeiture at ECF No. 109 including, but not

limited to, the real property located at 21999 Farmington Road, Farmington, Michigan is FINAL. The United States has clear title to all of the property listed in the Preliminary Order of Forfeiture, except the Keaton Drive Property, and the Attorney General, and the United States Marshals Service are authorized to dispose of all such forfeited property in accordance with law.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764